**Appeal Dismissed and Memorandum Opinion filed August 6, 2024.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00086-CV

**DOMINIQUE DICKERSON, Appellant**

**V.**

**JAY AZIMPOOR, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1214689**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 29, 2024. The court reporter indicated on May 21, 2024 that there was no reporter's record. The clerk's record was filed June 12, 2024. No brief was filed.

On July 15, 2024, we issued a notice stating that unless appellant filed a brief along with a motion requesting an extension of time on or before July 25, 2024, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.